# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

MUSTAFFA WALIYYUDDIN

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -   Badge #106.

POLICE OFFICER MICHEAL RICCIARDO

UNIVERSITY OF PENNSYLVANIA

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**13      6861**

## COMPLAINT

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes    ☐ No
(check one)

RECEIVED
NOV 2 5 2013

## I.      Parties in this complaint:

A.      List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name MUSTAFFA WALIYYUDDIN
ID # 13·3889
Current Institution M.C.C.P
Address 60 EAGLEVILLE RD.
EAGLEVILLE PA 19403

Rev. 10/2009

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary. *Badge #*

Defendant No. 1   Name MiCHEAl RiccIARDO 106.   Shield # 106.

Where Currently Employed UNIVERSITY OF PENNSYLVANIA

Address PHILADELPHIA, PA 19139

Defendant No. 2   Name UNIVERSITY OF PENNSYLVANIA   Shield #_____

Where Currently Employed _____

Address PHILADELPHIA, PA 19139

Defendant No. 3   Name _____ Shield #_____

Where Currently Employed _____

Address _____

Defendant No. 4   Name _____ Shield #_____

Where Currently Employed _____

Address _____

Defendant No. 5   Name _____ Shield #_____

Where Currently Employed _____

Address _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? _____

B.    Where in the institution did the events giving rise to your claim(s) occur? _____

C.    What date and approximate time did the events giving rise to your claim(s) occur? _____

D.   Facts: _____

_____

_____

_____

| What happened to you? |
| --- |

SEE ATTACH PAGES

| Who did what? |
| --- |

_____

_____

| Was anyone else involved? |
| --- |

_____

_____

| Who else saw what happened? |
| --- |

_____

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

BUSTED HEAD, HAD TO BE TAKEN TO HOSPITAL
TO RECIEVE STAPLES BECAUSE OF HEAD TRAMA

_____

_____

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____ No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____ No _____ Do Not Know _____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____ No _____ Do Not Know _____

If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____ No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____ No _____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.   Which claim(s) in this complaint did you grieve? _____

_____

2.   What was the result, if any? _____

_____

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

_____

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here: _____

DID NOT HAPPEN IN JAIL

    2.    If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.    **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

SEE ATTACH PAGES

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**VI.    Previous lawsuits:**

A.        Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
          action?

          Yes _____ No _✓_

On
these
claims

B.        If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If
          there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using
          the same format. )

          1.        Parties to the previous lawsuit:

          Plaintiff _____

          Defendants _____

          2.        Court (if federal court, name the district; if state court, name the county) _____

          3.        Docket or Index number _____

          4.        Name of Judge assigned to your case _____

          5.        Approximate date of filing lawsuit _____

          6.        Is the case still pending?   Yes _____ No _____

                    If NO, give the approximate date of disposition _____

*Rev. 10/2009*                              **- 6 -**

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

C.    Have you filed other lawsuits in state or federal court?

      Yes _____ No ___✓___

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

      1.    Parties to the previous lawsuit:

      Plaintiff _____

      Defendants _____

      2.    Court (if federal court, name the district; if state court, name the county) _____

      3.    Docket or Index number _____

      4.    Name of Judge assigned to your case _____

      5.    Approximate date of filing lawsuit _____

      6.    Is the case still pending?   Yes ◯ No ◯

            If NO, give the approximate date of disposition _____

      7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
      _____
      _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _13_ day of ___NOVEMBER___, 20_13_

                          Signature of Plaintiff _Mustafa Waluyuddin_

                          Inmate Number _13-3889_

                          Institution Address _60 Eagleville Rd._
                          _Eagleville, Pa. 19403_

On other claims

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide

their inmate numbers and addresses.

I declare under penalty of perjury that on this _13_ day of ___NOVEMBER___, 20_13_, I am delivering

this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the

Eastern District of Pennsylvania.

Signature of Plaintiff: _Mustafa Waleyyuddin_

# PRELIMINARY STATEMENT

PLAINTIFF MUSTAFA WALIYYUDDIN WHO IS A LIFE-LONG CITIZEN OF THE STATE OF PENNSYLVANIA.

PLAINTIFF ALLEDGES THAT ON 2/9/13 HE WAS BEATEN BY THE UNIVERSITY OF PENNSYLVANIA POLICE BECAUSE HE FIT THE DESCRIPTION OF A BLACK MALE WHO PREVIOUSLY STOLE A BIKE. PLAINTIFF WAS NEVER CHARGE FOR STEALING A BIKE, WHICH MAKES THIS BEATING WHOLLY UNCONSTITUTIONAL AND A VIOLATION OF HIS CIVIL RIGHTS UNDER THE U.S CONSTITUTION. MOREOVER, PLAINTIFF WAS ARRESTED ALL CHARGES THAT WERE FABRICATED TO JUSTIFY PLAINTIFF BEING BEAT TO THE POINT THAT HE HAD TO BE TAKEN TO THE HOSPITAL. FURTHERMORE, THE POLICE ADMITTED IN COURT UNDER OATH THAT THEY BEAT PLAINTIFF BECAUSE THEY PROFILE PLAINTIFF. SUBSEQUENTLY, CHARGES OF AGGRAVATED ASSAULT, SIMPLE ASSAULT, RESISTING ARREST, AND RECKLESS ENDANGERMENT WERE DROPPED.

PLAINTIFF ASKS THIS COURT WITH IT JUDICIAL POWER TO LOOK INTO THIS MATTER.

# STATEMENT OF FACTS

1. PLAINTIFF MUSTAFA WALIYYUDDIN ASSERTS THAT ON THE DATE OF 2/9/13 AT 3.30 AM HE WAS ARRESTED AT THE UNIVERSITY OF PENNSYLVANIA BY THE UNIVERSITY OF PENNSYLVANIA CAMPUS POLICE

2. PLAINTIFF ASSERTS THAT CHARGE WITH, AGGRAVATED ASSAULT, SIMPLE ASSAULT, RESISTING ARREST, RECKLESS ENDANGERMENT, CARRYING (POSSESSION OF INSTRUMENT OF A CRIME) (PAIR OF BOLT CUTTERS).

3. PLAINTIFF WAS BEATEN TO THE DEGREE, THAT HE HAD TO BE TAKEN TO PRESBERTIRIAN HOSPITAL WERE HE RECIEVE THREE STITCHS TO HIS HEAD.

4. PLAINTIFF ASSERTS ALL THE CHARGES AGAINST HIM WERE DROPPED, EXCEPT POSSESSION OF A INSTRUMENT.

5. PLAINTIFF STATE THAT THE UNIVERSITY OF PENN POLICE ADMITTED IN COURT THAT THEY STRUCK PLAINTIFF WITHOUT PROBABLE CAUSE, AND THAT THEY BEAT PLAINTIFF IN THE HEAD WITH A METAL STICK.

# Relief Sought

1. PLAINTIFF SEEKS ONE MILLION DOLLARS IN DAMAGES FOR PAIN AND SUFFERING, AND PROFILING.

2. PLAINTIFF PETITIONS THIS COURT TO SUBPEANA ALL HIS MEDICAL RECORDS AS WELL AS HIS COURT RECORDS, WHICH PERTAIN TO THIS SAID ACTION.

3. PLAINTIFF SEEKS MEDICAL ASSISTANCE FOR HIS RECURRING HEADACHES AND DIZZINESS.